# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

131726(65)

ROBERT GAINES,
        Plaintiff-Appellant,

v

JAMES A. KERN, d/b/a JAMES A. KERN
AGENCY, ALLSTATE INSURANCE
COMPANY, and MICHIGAN BASIC
INSURANCE ASSOCIATION,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131726
COA: 266049
Oakland CC: 2004-059906-CK

On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration.

MARKMAN, J., would grant reconsideration and, on reconsideration, would direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007              _____
                                        Clerk

p0830